# EXHIBIT A

Process Server/Sheriff
JUN 17 2025
SERVED

BT
045-24
6/17

COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

| | |
|---|---|
| VICTOR ESCALANTE<br><br>vs.<br><br>WALMART INC | NO. 2025-03914 |

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Bucks County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: MICHAEL T. VAN DER VEEN, ESQ., ID: 75616

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit** [ ] Yes [X] No

**MDJ Appeal** [ ] Yes [X] No

**Money Damages Requested** [X]

**Commencement of Action:**

Complaint

**Amount in Controversy:**

More than $50,000

**Case Type and Code**

Tort:

Premises Liability

**Other:**

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**
**BY: Michael T. van der Veen**
**ID No. 75616**
**Jerry A. Lindheim**
**ID No. 53099**
**1219 Spruce Street**
**Philadelphia, PA 19107**
**P: (215) 546-1000**
**F: (215) 546-8529**

**MAJOR JURY MATTER**
**ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| **VICTOR ESCALANTE and JEANETTE ESCALANTE**<br>**4599 Shelbourne Street**<br>**Philadelphia, PA 19124**<br><br>**Plaintiffs,**<br>**v.** | **COURT OF COMMON PLEAS**<br>**BUCKS COUNTY**<br><br>**CIVIL ACTION**<br><br>**No.** |
| **WALMART, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**WAL-MART STORES EAST, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**WAL-MART STORES, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**JOHN DOES 1-10**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**and**<br><br>**ABC COMPANIES 1-10**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**Defendants.** | |

## NOTICE TO DEFEND

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after ttheir complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE TTHEIR PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Bucks County Bar Association
135 East State Street, P.O. Box 300
Doylestown, PA 18901
(215) 348-9413 or 1-(800)-273-2929

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENDE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENCIADOS DE BUCKS
135 East State Street, P.O. Box 300
Doylestown, PA 18901
(215) 348-9413 or 1-(800)-273-2929

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents. E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**
**BY: Michael T. van der Veen**
**ID No. 75616**
**Jerry A. Lindheim**
**ID No. 53099**
**1219 Spruce Street**
**Philadelphia, PA 19107**
**P: (215) 546-1000**
**F: (215) 546-8529**

**MAJOR JURY MATTER**
**ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| **VICTOR ESCALANTE and JEANETTE ESCALANTE**<br>**4599 Shelbourne Street**<br>**Philadelphia, PA 19124**<br><br>**Plaintiff,**<br>**v.**<br><br>**WALMART, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**WAL-MART STORES EAST, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**WAL-MART STORES, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**JOHN DOES 1-10**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**and**<br><br>**ABC COMPANIES 1-10**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716**<br><br>**Defendants.** | **COURT OF COMMON PLEAS**<br>**BUCKS COUNTY**<br><br>**CIVIL ACTION**<br><br>**No.** |

**COMPLAINT IN CIVIL ACTION**
**<u>OTHER NEGLIGENCE</u>**

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

1. Plaintiffs Victor Escalante and Jenette Escalante are, at all times relevant hereto, husband and wife and who resided at the address indicated above.

2. Defendant Walmart, Inc. is a corporation, partnership or other business entity organized pursuant to the laws of the Commonwealth of Pennsylvania, registered to conduct business in the Commonwealth of Pennsylvania and which regularly conducts business at the address indicated above.

3. Defendant Wal-Mart Stores East, Inc. is a corporation, partnership or other business entity organized pursuant to the laws of the Commonwealth of Pennsylvania, registered to conduct business in the Commonwealth of Pennsylvania and which regularly conducts business at the address indicated above.

4. Defendant Wal-Mart Stores, Inc. is a corporation, partnership or other business entity organized pursuant to the laws of the Commonwealth of Pennsylvania, registered to conduct business in the Commonwealth of Pennsylvania and which regularly conducts business at the address indicated above.

5. Defendants John Does 1-10 and ABC Companies 1-10 are fictitious names, representing one or more individuals, sole proprietorships, associations, limited partnerships, general partnerships, limited liability companies and/or corporations.

6. At all times relevant and material hereto, Defendants were acting either individually or through their agents, servants, contractors, workmen, employees and/or representatives, all of whom were acting within the course and scope of their employment and authority.

7. Defendants are liable for the acts and omissions of its agents, servants, contractors, workmen, employees and/or representatives through the doctrines of vicarious

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

liability and respondeat superior.

8. At all times relevant and material hereto, Defendants owned, occupied, controlled, leased, rented, managed, operated, maintained and/or possessed the premises and its inventory located at or about 3461 Horizon Boulevard, Bensalem Township, PA and on that premises operated a Walmart store (hereinafter referred to as the "Premises").

9. At all times relevant and material hereto, Defendants were responsible for the stocking, inventory, sale, distribution and/or service of its products, including an above-ground pool.

10. On or about June 4, 2023, Plaintiff Victor Escalante was a business invitee at the Premises.

11. On the aforesaid date, Plaintiff Victor Escalante purchased an above-ground pool.

12. When exiting the aforesaid store, Plaintiff Victor Escalante requested assistance in placing the pool into his car.

13. At that time, a store representative from the Defendants advised Plaintiff that a parking lot cart employee would be available and provide the assistance needed to place the pool within the car.

14. Thereupon, an unknown John Doe employee of Walmart, specifically the parking lot cart employee, started to assist Plaintiff to place the pool into the car.

15. However, in the process of assisting Plaintiff, the cart employee was unable to properly secure, lift and/or otherwise place the pool into the car and lost control of handling the pool.

16. Because the store employee, John Doe, lost control of handling the pool, Plaintiff ended up carrying the full weight of the pool in the process of which Plaintiff sustained serious and

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

debilitating injuries.

17. It is believed and, therefore, averred that Defendants assumed a duty if not gratuitously assumed a duty to assist its patrons, including Plaintiff herein in the sale and delivery of its products to cars.

18. In breach of the aforesaid duty, Defendants created a dangerous condition to exist of and upon its Premises and with the sale of its products.

19. Despite their actual and/or constructive notice of the dangerous condition and with the sale of its products, Defendants failed to take appropriate steps to timely remedy the dangerous condition and with the sale of its products.

**COUNT I**

**VICTOR ESCALANTE v. DEFENDANTS**

20. Plaintiff incorporates by reference the aforesaid paragraphs as though same were set forth more fully hereinafter at length.

21. The negligence and carelessness of the Defendants included but was no limited to the following acts and/or omissions to act:

a. Failing to properly hire, train and supervise personnel with regard to the transfer of goods from the store to patron's vehicles;
b. Failing to have proper and adequate staffing;
c. Selling merchandise without proper securing and transporting of same;
d. Misrepresenting the skill set of parking lot cart employees with regard to the packaging, transporting and assisting of delivery of merchandise;
e. Failing to have adequate policies and procedures for the sale, transport and/or delivery of products from the store to patron's vehicles;
f. Failing to properly train, supervise or otherwise instruct its employees, agents, servants, contractors and/or workmen in the proper procedure to sell and transport products; and
g. Selling store products knowing that they required customer assist and failing to have proper and adequate personnel to assist and transport same.

22. As a direct and proximate result of the negligence and carelessness of the

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

Defendants, Plaintiff was caused to suffer serious and debilitating injuries, including, but not limited to orthopedic and neurologic injuries, some or all of which may be of a permanent nature and character, whereby Plaintiff has suffered, is suffering and may for an indefinite time into the future suffer, all to Plaintiff's great detriment and loss, financial and otherwise.

23. As a further direct and proximate result of the Defendants' negligence and carelessness, Plaintiff has suffered in the past and may in the future, inconvenience, embarrassment, emotional distress, humiliation, scarring, pain and suffering, and loss of life's pleasures, all to his great detriment and loss, financial and otherwise.

24. As a further direct and proximate result of the Defendants' negligence and carelessness, Plaintiff has been in the past and may continue in the future to be unable to attend his daily activities, avocations and occupations, all to his great loss and detriment, financial and otherwise.

25. As a further direct and proximate cause of the Defendants' negligence and carelessness, Plaintiff has in the past and may in the future be required to expend money on medical care, prescriptions and physical therapy in attempting to treat the injuries caused by the carelessness and negligence of the Defendants, all to his great loss and detriment, financial and otherwise.

26. As a further direct and proximate cause of the Defendants' negligence and carelessness, Plaintiff has or may hereafter incur other financial expenses or losses to which he may otherwise be entitled to recover.

27. As a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff suffered injuries and damage as described above.

**WHEREFORE,** Plaintiff demands damages from the Defendants together with such

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

other and further relief as this Court deems just and appropriate, including interest, costs and delay damages.

**COUNT II**

**JEANETTE ESCALANTE v. DEFENDANTS**

**(LOSS OF CONSORTIUM)**

28. Plaintiff incorporates the aforesaid paragraphs as though the same were hereinafter set forth at length.

29. As a direct result of the negligent and careless conduct of the Defendants, as hereinbefore alleged, Plaintiff, Jeanette Escalante has suffered and may continue to suffer a loss of consortium.

30. As a further result of the negligent and careless conduct of the Defendants, as hereinbefore alleged, Plaintiff Jeanette Escalante has been and may in the future be deprived of her husband's company, society, companionship, affection and assistance.

**WHEREFORE,** Plaintiff demands damages from the Defendants together with such other and further relief as this Court deems just and appropriate, including interest, costs and delay damages.

Respectfully submitted,

**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**

**BY:** */s/ Michael T. van der Veen*
**MICHAEL T. VAN DER VEEN, ESQUIRE**
**JERRY A. LINDHEIM, ESQUIRE**
**Attorneys for Plaintiffs**

Date: May 27, 2025

Case# 2025-03914-0 - JUDGE:32 Received at County of Bucks Prothonotary on 05/28/2025 3:22 PM, Fee = $283.25. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
E-Filed by: MICHAEL T. VAN DER VEEN, ESQ.

# VERIFICATION

I, Victor Escalante and Jeanette Escalante, h/w, verify that I am the Plaintiff herein and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief.

I further understand that this statement is subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Signed: ______________________ Dated: May 27, 2025